IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CERENCE INC. and CERENCE OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION and NUANCE COMMUNICATIONS, INC.,<br><br>Defendants. | ) | C.A. No. 25-553-JCG |

**[PROPOSED] ORDER**

This _______ day of ______________________, 2026, upon consideration of Plaintiffs Cerence Inc.'s and Cerence Operating Company's ("Plaintiffs") Motion to Clarify or Defer the Referral to the Register of Copyrights Until Post-Discovery; now therefore,

IT IS HEREBY ORDERED THAT Plaintiffs' Motion is GRANTED.

______________________________
The Honorable Jennifer Choe-Groves