**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CERENCE INC. and CERENCE OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION and NUANCE COMMUNICATIONS, INC.,<br><br>Defendants. | No. 1:25-cv-00553-JCG |

**REGISTER OF COPYRIGHTS'S NOTICE OF FILING**

On behalf of the Register of Copyrights (Register), undersigned counsel hereby files the attached Response of the Register of Copyrights to Request Pursuant to 17 U.S.C. § 411(b)(2), as directed by Court Order. See ECF 30.

Respectfully submitted,

Benjamin L. Wallace
United States Attorney

BY: */s/ Jacob Laksin*

Jacob Laksin
Assistant United States Attorney
1313 N. Market Street
P.O. Box 2046
Wilmington, DE 19899-2046
Telephone: (302) 225-9409
Facsimile: (302) 573-6220
Jacob.Laksin@usdoj.gov

Dated: September 23, 2026

*Attorneys for Register*