**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CERENCE INC. AND CERENCE OPERATING COMPANY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MICROSOFT CORPORATION AND NUANCE COMMUNICATIONS, INC.,**<br><br>**Defendants.** | **Court No. 1:25-cv-00553-JCG** |

## SCHEDULING ORDER

Upon consideration of Plaintiffs' Motion to Clarify or Defer the Referral to the Register of Copyrights Until Post-Discovery (D.I. 31), Response of the Register of Copyrights to Request Pursuant to 17 U.S.C. § 411(b)(2) (D.I. 37-2), and all papers and proceedings in this action, it is hereby

**ORDERED** that the stay of these proceedings is lifted; and it is further

**ORDERED** that Plaintiffs' Motion to Clarify or Defer the Referral to the Register of Copyrights Until Post-Discovery (D.I. 31) is denied as moot; and it is further

**ORDERED** that the Parties shall file a Joint Status Report regarding how this case should move forward, including the Parties' suggestions on:

(1) whether discovery should proceed, limited to whether Plaintiffs' TTS object code was "published" within the meaning of the Copyright Act and whether Plaintiffs "knew" at the time of filing that the work was "published" within the meaning of the Copyright Act;

(2) whether Plaintiffs need to amend their copyright registration; and

(3) whether the Parties need to amend their briefings related to Defendants' Motion to Dismiss (D.I. 23); and it is further

**ORDERED** that the Parties shall submit the Joint Status Report on or before October 1, 2026, to address how this case should move forward.

IT IS SO ORDERED this 24th day of September, 2026.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge[*]

[*]Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.