IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CERENCE INC. and CERENCE OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION and NUANCE COMMUNICATIONS, INC.,<br><br>Defendants. | ) | C.A. No. 25-553-JCG |

**JOINT STATUS REPORT RE: REOPENING CASE**

Plaintiffs Cerence Inc. and Cerence Operating Company ("Plaintiffs") and Defendants Microsoft Corporation and Nuance Communications, Inc. ("Defendants") hereby submit a Joint Status Report in response to the Court's order of September 25, 2026 [D.I. 38].

On September 30, 2026, the parties entered into an agreement in principle on settlement of the entire case and executed a binding term sheet. The parties anticipate finalizing settlement and dismissing the case within thirty to forty-five days. The parties therefore request the Court set a deadline of sixty (60) days for the parties to submit either (1) a stipulation of dismissal with prejudice or (2) an updated joint status report that will address, inter alia, the questions raised by the Court in its September 25 order.

ASHBY & GEDDES

/s/ *Andrew C. Mayo*

Andrew C. Mayo (No. 5207)
Jeffrey J. Lyons (No. 6437)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
jlyons@ashbygeddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Benjamin T. Wang, SBN 228712
Nathan D. Meyer, SBN 239850
Russ, August & Kabat, LLP
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
bwang@raklaw.com
nmeyer@raklaw.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Microsoft Corporation and Nuance Communications, Inc.*

*Of Counsel*:

JENNER & BLOCK LLP

Susan J. Kohlmann
Cayman C. Mitchell
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
skohlmann@jenner.com
cmitchell@jenner.com

Dated: October 1, 2026