**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CERENCE INC. AND CERENCE OPERATING COMPANY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MICROSOFT CORPORATION AND NUANCE COMMUNICATIONS, INC.,**<br><br>**Defendants.** | **Court No. 1:25-cv-00553-JCG** |

# AMENDED SCHEDULING ORDER

Upon consideration of the Parties' Joint Status Report Re: Reopening Case (D.I. 39) and all papers and proceedings in this action, it is hereby

**ORDERED** that this action is stayed for sixty (60) days pending the resolution of the Parties' settlement efforts; and it is further

**ORDERED** that if the Parties reach settlement on or before November 30, 2026, the Parties shall file a Stipulation of Dismissal with prejudice and email a copy of the Confidential Settlement Agreement to my case manager, Steve Taronji (Steve_Taronji@cit.uscourts.gov); and it is further

**ORDERED** that if the Parties do not reach settlement on or before November 30, 2026, the Parties shall submit a Joint Status Report regarding how

this case should move forward advising the Court of the status of the settlement and addressing the questions raised by the Court in the Scheduling Order (Sept. 25, 2026) (D.I. 38).

IT IS SO ORDERED this 1st day of October, 2026.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge*

*Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.