IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CERENCE INC. and CERENCE OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION and NUANCE COMMUNICATIONS, INC.,<br><br>Defendants. | ) | C.A. No. 25-553-JCG |

**STIPULATION AND [PROPOSED] ORDER OF**
**<u>DISMISSAL WITH PREJUDICE</u>**

WHEREAS, Plaintiffs Cerence Inc. and Cerence Operating Company (collectively, "Cerence") and Defendants Microsoft Corporation ("Microsoft") and Nuance Communications, Inc. ("Nuance") have resolved all claims in this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Cerence, Microsoft, and Nuance, through their undersigned counsel and subject to the approval of the Court, that all claims in the above-captioned action are DISMISSED WITH PREJUDICE, and without right of appeal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees, and that all pending motions shall be denied as moot.

ASHBY & GEDDES

/s/ *Jeffrey J. Lyons*

Andrew C. Mayo (#5207)
Jeffrey J. Lyons (#6437)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
jlyons@ashbygeddes.com

*Of Counsel:*

Benjamin T. Wang, SBN 228712
Nathan D. Meyer, SBN 239850
Russ, August & Kabat, LLP
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
bwang@raklaw.com
nmeyer@raklaw.com

*Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Of Counsel*:

JENNER & BLOCK LLP

Susan J. Kohlmann
Cayman C. Mitchell
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
skohlmann@jenner.com
cmitchell@jenner.com

*Attorneys for Defendants Microsoft Corporation and Nuance Communications, Inc.*

Dated: November 3, 2026

**SO ORDERED** this ___ day of ____________, 2026.

_______________________________________
HON. JENNIFER CHOE-GROVES
UNITED STATES DISTRICT JUDGE[1]

[1]Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.